## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Chapter 11 |
| O.W. BUNKER HOLDING NORTH AMERICA INC., *et al.*, | Case No. 14-51720 (JAM) (Jointly Administered) |
| Debtors. | |

### NOTICE OF APPEAL BY THE
### O.W. BUNKER USA INC. LIQUIDATING TRUST

The O.W. Bunker USA Inc. Liquidating Trust (the "OW USA Trust") hereby appeals, pursuant to 28 U.S.C. § 158(a) and Rules 8001, 8002, and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Memorandum of Decision Granting Dolphin's Motion for Summary Judgment and Denying OWB USA Trust's Motion for Summary Judgment* [Docket No. 1684] (the "Order") and the *Judgment* [Docket No. 1685] (the "Judgment"). The Bankruptcy Court entered the Order and Judgment on August 19, 2019. The Order denied the relief requested by the OW USA Trust in its *Motion for Summary Judgment Recharacterizing Dolphin Marine Fuel LLC's Asserted 11 U.S.C. § 503(b)(9) Administrative Expenses as Non-Priority General Unsecured Claims* [Docket No. 1539].

The names of all parties to the order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

-2-

| Party | Attorneys |
|---|---|
| **Appellant:**<br>O.W. Bunker USA Inc Liquidating Trust | Michael R. Enright, Esquire<br>Patrick M. Birney, Esquire<br>Robinson & Cole LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>Telephone: (860) 275-8299<br>menright@rc.com<br>pbirney@rc.com<br><br>Natalie D. Ramsey, Esquire<br>Davis Lee Wright, Esquire<br>Robinson & Cole LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1703<br>nramsey@rc.com<br>dwright@rc.com |
| **Appellee:**<br>Dolphin Marine Fuels LLC | J. Stephen Simms, Esquire<br>Simms Showers, LLP<br>201 International Circle<br>Baltimore, Maryland 21030<br>Telephone: (401) 783-5795<br>jssimms@simmsshowers.com |

Case 14-51720 Case 3:19-cv-01036 Doc 1067 Filed 09/04/19 Document 1 Entered Filed 09/04/19 09:54:13 Page 3 Page 2 of Page 2 of 4

-2-

-3-

Dated: September 3, 2019                    Respectfully submitted,

                                            ROBINSON & COLE LLP

                                            */s/ Davis Lee Wright*
                                            Michael R. Enright, Esq. (ct10286)
                                            Patrick M. Birney, Esq. (ct19875)
                                            280 Trumbull Street
                                            Hartford, Connecticut 06103
                                            Telephone: (860) 275-8299
                                            menright@rc.com
                                            pbirney@rc.com

                                            -and-

                                            Natalie D. Ramsey, Esquire
                                                 (admitted *pro hac vice*)
                                            Davis Lee Wright, Esquire (ct30344)
                                            Robinson & Cole LLP
                                            1000 N. West Street, Suite 1200
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 516-1703
                                            nramsey@rc.com
                                            dwright@rc.com

                                            *Counsel for the O.W. Bunker USA Inc.
                                            Liquidating Trust*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 3, 2019, a copy of foregoing *Notice of Appeal* was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

      */s/ Davis Lee Wright*
Davis Lee Wright, Esq. (ct30344)
ROBINSON & COLE LLP
1000 N. West St., Suite 1200
Wilmington, DE 19801
Telephone: (302) 295-5053
Facsimile: (302) 351-8618
dwright@rc.com

*Counsel for O.W. Bunker USA Inc.
Liquidating Trust*